UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**WILLIAM HOERNING,**

       **Plaintiff,**

VS.                                                      Cv. No. 10-2693-Ma

**STATE FARM MUTUAL AUTOMOBILE INSURANCE,**

       **Defendant.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice in accordance with the Order  docketed June 23, 2011.


**APPROVED:**


S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


June 24, 2011                                      THOMAS M. GOULD
DATE                                               CLERK

                                                   S/ *Jean Lee*
                                                   (By) DEPUTY CLERK